JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02003-DOC-DTB                     Date:  May 1, 2026

Title: Bogoya-Diaz Diego Armando v. J. Johnson et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND EX PARTE APPLICATION FOR TRO [1][2]**

On April 21, 2026, Bogoya-Diaz Diego Armando ("Petitioner") filed a Petition for Writ of Habeas Corpus (Dkt. 1) and an Ex Parte Application for a Temporary Restraining Order (Dkt. 2). Petitioner is a Colombian national and was taken into ICE custody on February 10, 2025 during his regularly scheduled ICE check-in. He has no criminal record, is the father of U.S. citizen children, and has lived in the United States since 2021. (Dkt. 1 at 2).

Petitioner has a pending asylum application. *Id.* He was taken into ICE custody when crossing into the United States with his family in 2021, but was released on parole. *Id.* Petitioner has regularly checked in with ICE since then and been working legally in the United States as a forklift operator post receiving his Employment Authorization Document (EAD). (Dkt. 1 at 3). Petitioner received no information on changed circumstances that led to his detainment by ICE on February 10, 2025. *Id.*

On April 28, 2026 Respondents said in their Answer to Petition for Writ of Habeas Corpus that they are "not presenting an opposition argument." (Dkt. 9 at 2). Finding

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-01301-DOC-ADS                                    Date: May 1, 2026

                                                                              Page 2

Petitioner's Petitions for Writ of Habeas Corpus and Application for TRO unopposed, the Court ORDERS that the applications are **GRANTED**.

        Respondents are **ORDERED** to release Petitioner from custody immediately under no more stringent conditions of release than his original OSUP. Furthermore, Respondents are **ENJOINED** from re-detaining Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter and the government has shown justification for this detention.

MINUTES FORM 11                                          Initials of Deputy Clerk: kdu

CIVIL-GEN